**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00450-CMA-CBS

JENNIFER DEITCHMAN,
n/k/a JENNIFER ASTELLO,

    Plaintiff,

v.

BACH COMPOSITE COLORADO, INC., and
SOS STAFFING SERVICES, INC.,

    Defendants.

## ORDER OF RECUSAL

This matter is before me on a review of the file.  Based on my past professional relationship with Defendant SOS Staffing Services, Inc.'s counsel, Janet A. Savage, I believe that I should recuse myself.  It is, therefore,

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

DATED:  April   06  , 2012

                                                    BY THE COURT:

                                                    */s/ Christine M. Arguello*
                                                    _____
                                                    CHRISTINE M. ARGUELLO
                                                    United States District Judge