**IN THE UNITED STATES DISTRICT COURT**
**FORT THE DISTRICT OF COLORADO**

Civil Action No. **12-cv-00450-RBJ-CBS**

**JENNIFER DEITCHMAN,**
n/k/a/ Jennifer Astello,

**Plaintiff,**

**v.**

**SOS STAFFING SERVICES, INC.,**

**Defendant.**

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

This matter comes before the Court on the Parties' **Stipulation of Dismissal with Prejudice**, filed November 28, 2012.  After careful review of the Stipulation and file, the Court has concluded that the Stipulation should be approved and that this action should be dismissed with prejudice.  **THEREFORE IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal with Prejudice,** filed November 28, 2012, is **APPROVED**; and

2. That this action **IS DISMISSED WITH PREJUDICE** with the Parties to pay their own attorney fees and costs; and

3. All pending motions are denied as moot, and all scheduled Court dates and other deadlines are vacated as moot.

**IT IS SO ORDERED this 29th day of November, 2012.**

_____
The Honorable R. Brooke Jackson
United States District Court Judge